22-CV-474

Christopher Taylor vs. K n B's Inflatables Please Llc, D/b/a KNB Inflatables Please, and Borough of State
College

PHRC Case No. 202102159

K n B's Answer

Christopher Taylor was not a customer, nor was he with any children, when entering our center. We were a 1 – 10 year old
inflatable play center. We also have video evidence, that when questioned about his reasoning to enter
our center, he became enraged and hostile, Threatening one of our employees. Which Is also
documented in the police report. He also started yelling about how his Support animal was allowed to
enter any establishment he wanted. He then forced his way into our center and continued to be
disruptive and hostile. We required all guest to sign a wavier and liability to enter our center, which he
bypassed, by forcing his way inside. We asked Mr. Tylor to please leave politely and he refused, at that
time we still tried to not upset him anymore, so we told him, because of our insurance we weren't
allowed to have dogs on our property (Because of the inflatables/children). He began to Threatening us,
We informed him we would call the police and have him removed if he didn't leave. We did call the
police and while on the phone with them, Mr. Taylor did decide to leave, which we told the police their
assistance was no longer necessary. Mr. Taylor then decided to reach out to the mall security and call
the police on his own. Mr. Taylor was then heard yelling at the police in the malls hallway outside of our
store location. We don't admit any wrong doing and would like the case dismissed. We have closed our
center due to personal reasons. This has nothing to do with discrimination, this had to do with Mr.
Taylor's behavior and the fact he wasn't a customer.

