IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER C. TAYLOR,** : | No. 4:22cv474 |
| **Plaintiff** : | |
| : | (Judge Munley) |
| v. : | |
| : | |
| **K N B's INFLATABLES PLEASE, LLC,** : | |
| **d/b/a KNB INFLATABLES PLEASE,** : | |
| **and BOROUGH OF STATE COLLEGE,** : | |
| **Defendants** : | |

## ORDER

**AND NOW**, to wit, this 25th day of February 2025, for the reasons set forth in an accompanying memorandum, it is hereby ordered that:

1) Defendant Borough of State College's motion for summary judgment (Doc. 41) is **GRANTED**;

2) The Clerk of Court is directed to enter judgment in favor of Defendant Borough of State College and against Plaintiff Christopher C. Taylor on his claims for violation of Title II of the Americans with Disabilities Act (unnumbered Count II) and violation of the Pennsylvania Human Relations Act (unnumbered Count III); and

3) Plaintiff is directed to refile his motion for default judgment against Defendant K N B's Inflatables Please, LLC d/b/a KNB Inflatables Please ("KNB") within seven (7) days of the date of this order.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court