### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER C. TAYLOR, | : | No. 4:22cv474 |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| K N B's INFLATABLES PLEASE, LLC, | : | |
| d/b/a KNB INFLATABLES PLEASE, | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 25th day of April 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Plaintiff Christopher C. Taylor's motion for default judgment against

   Defendant K N B's Inflatables Please, LLC ("KNB"), (Doc. 54), is

   **GRANTED**;

2) The Clerk of Court is directed to enter judgment in favor of Taylor and

   against KNB on Counts I and III of the amended complaint;

3) Regarding Counts I and III, Defendant KNB's conduct on February 13,

   2022 violated Title III of the Americans with Disabilities Act ("ADA") and the

   Pennsylvania Human Relations Act ("PHRA");

4) Taylor's request for permanent injunctive relief pursuant to Title III of the

   ADA is **WITHDRAWN** by the plaintiff;

5) Regarding Count III only, the Clerk of Court is directed to enter judgment in

favor of Taylor and against KNB in the amount of $25,000 for

compensatory damages recoverable under the PHRA; and

6) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2