AO 450 (Rev1/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER C. TAYLOR,                    4:22CV474

*(Judge Munley)*

     Plaintiff

     v.

KNB INFLATABLES PLEASE, LLC
d/b/a KNB INFLATABLES PLEASE,
     Defendant

## JUDGMENT IN A CIVIL ACTION

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on

---

[X]   **Decision by Court.**   This action came by motion or hearing before the court. The issues have been tried or heard and a decision has been rendered.

Judgment be and is hereby entered in favor of the Plaintiff, Christopher C. Taylor, and against the Defendant on Counts I and III of the amended complaint and further entered in favor of Christopher Taylor and against KNB in the amount of $25,000 for compensatory damages recoverable under the PHRA.

PETER J. WELSH
Clerk of Court

April 25, 2025
Date

Deputy Clerk