AO 450 (Rev1/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER C. TAYLOR,                          4:22CV474

                                                (Judge Munley)

    Plaintiff

    v.

K.N.B.'S INFLATABLES PLEASE, LLC.,
d/b/a KNB INFLATABLES PLEASE,
    Defendant

## JUDGMENT IN A CIVIL ACTION

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury.
The issues have been tried and the jury has rendered its verdict on

[X]   **Decision by Court.**   This action came by motion or hearing before
the court. The issues have been tried or heard and a decision has been
rendered.

    Amended Judgment is hereby entered in favor of the Plaintiff,
    Christopher C. Taylor, and against the defendant, KNB Inflatables
    Please, LLC d/b/a KNB Inflatables Please, to include
    $26,960 in attorney's fees, $1,933.80 in taxable costs under
    28 U.S.C. §1920 and $2,223.73 in litigation expenses pursuant to
    42 U.S.C. § 12205.

PETER J. WELSH
Clerk of Court

December 30, 2025
Date

Deputy Clerk